# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Action No.: **17 Civ. 6160**
Date Filed: **03/21/2017**

Plaintiff(s):
**LAWRENCE BARRETT AND SHELISE COLON**
vs
Defendant(s):
**THE CITY OF ROCHESTER, A MUNICIPAL ENTITY, POLICE OFFICER WILLIAM BAKER, IBM # 1940 POLICE OFFICER JASON P. KELLY, IBM # 1944, POLICE OFFICER ORLANDO HERNANDEZ, IBM # 1010, POLICE OFFICER BRADDON ELLIOTT, SERGEANT MANDI E. WHEELER, AND POLICE OFFICERS "JOHN DOES 1-10" (NAMES AND NUMBER OF WHOM ARE UNKNOWN AT PRESENT), AND OTHER UNIDENTIFIED MEMBERS OF THE ROCHESTER POLICE DEPARTMENT**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**KRISTYN MONTRALLO**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **06/12/2017** at **1:29 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; ECF CASE COMPLAINT (JURY TRIAL DEMANDED)** on **THE CITY OF ROCHESTER** at **CITY HALL, 30 CHURCH STREET , ROCHESTER, NY 14614** in the manner indicated below:

By delivering a true copy of each to and leaving with **BRENDON S. FLEMING, MUNICIPAL ATTORNEY** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: **MALE**   Race/Skin: **CAUCASIAN**   Age: **36 - 50 Yrs.**   Weight: **131-160 Lbs.**   Height: **Over 6'**   Hair: **BROWN**   Glasses: **YES**   Other:

Subscribed and Sworn to before me on _6/12/20 17_

_Lisa M. Newfrock_
Lisa M. Newfrock
Notary Public, State of New York
No. 01NE6330541
Qualified in Monroe County
Commission Expires 09/14/2019

X _KRISTYN MONTRALLO_
KRISTYN MONTRALLO

Job #: 56556