UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

LAWRENCE BARRETT and SHELISE COLON,

                         Plaintiffs,

-against-

THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER WILLIAM BAKER, IBM # 1940 POLICE OFFICER JASON P. KELLY, IBM # 1944, POLICE OFFICER ORLANDO HERNANDEZ, IBM # 1010, POLICE OFFICER BRADDON ELLIOTT, SERGEANT MANDI E. WHEELER, and POLICE OFFICERS "JOHN DOES 1-10" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department,

                         Defendants.

------------------------------------------------------------------------ X

**INDEX NO.: 17-CV-6160 (DGL)**

## **ENTRY OF DEFAULT**

It appearing that Defendant(s)

THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER WILLIAM BAKER, IBM # 1940 POLICE OFFICER JASON P. KELLY, IBM # 1944, POLICE OFFICER ORLANDO HERNANDEZ, IBM # 1010, POLICE OFFICER BRADDON ELLIOTT, SERGEANT MANDI E. WHEELER, and POLICE OFFICERS "JOHN DOES 1-10" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department, ,

are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of April 23, 2018.

                                                          Mary C. Loewenguth
                                                          Clerk of Court
                                                 United States District Court

                                           By: _____
                                                            Deputy Clerk